UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Angelica Cota,<br><br>doing business as<br><br>LULA BY ANGELICA COTA™<br><br>                    Plaintiff<br>v.<br><br>Amber Hagen,<br><br>doing business as<br><br>LULAH BY AMBER HAGEN,<br><br>                    Defendant | C.A. 05-10992 (JLT) |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P., Rule 41(a)(1)(i), Plaintiff to the above-entitled action hereby gives notice that this action is dismissed with prejudice and without costs.

Respectfully submitted,

ANGELICA COTA,

By her attorney,

/s/ Seth M. Yurdin _____
   Seth M. Yurdin (BBO # 636729)
   LAW OFFICE OF SETH M. YURDIN
   20 Park Plaza, Suite 528
   Boston, MA 02110
Dated: June 9, 2005        (617) 620-4044